HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
KENYATA BOLDRIDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-48 AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| KENYATA BOLDRIDGE, | DATE: March 9, 2020 |
| Defendant. | TIME: 2:00 P.M. |
| | JUDGE: Hon. DEBORAH BARNES |

On March 2, 2020, Kenyata Boldridge appeared in magistrate court in this district for his initial appearance on an alleged violation of his term of supervised release out of the Western District of Missouri, Kansas City division, pursuant to Federal Rule of Criminal Procedure 32.1. CR 1. Mr. Boldridge waived an identity hearing and requested that this matter be set for preliminary hearing pursuant to Rule 32.1(b)(1), on Monday, March 9. The government moved for detention. The defendant submitted and was ordered detained. CR 3.

The parties hereby stipulate that the preliminary hearing scheduled for March 9, 2020 be vacated and be continued to March 13, 2020 at 2:00 P.M. The reason for this continuance is that defense counsel requires additional time to consult with her client and conduct independent investigation. Specifically, the defense is investigating the possibility of a Rule 20 transfer of Mr. Boldridge's case into this district, and is in need of additional time to complete that work, consult with opposing counsel in both districts, and advise her client. Under Rule 32.1(b)(1), "a

magistrate judge must promptly conduct a [preliminary] hearing," and the parties agree that the proposed date of March 13 falls within that "prompt[]" timeframe and thus requires no waiver by the defendant. *Cf.* Fed. R. Crim. P. 5.1(c) (providing that preliminary hearings must be held "no later than 14 days after the initial appearance if the defendant is in custody").

DATED: March 5, 2020          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for KENYATA BOLDRIDGE

DATED: March 5, 2020          McGREGOR W. SCOTT
United States Attorney

By: */s/ Aaron D. Pennekamp*
AARON D. PENNEKAMP
Assistant United States Attorney
Attorney for Plaintiff

<u>ORDER</u>

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The Court specifically ORDERS that the preliminary hearing, currently set for March 9, 2020 at 2:00 P.M., be VACATED and CONTINUED to March 13, 2020 at 2:00 P.M., in front of this Honorable Court.


Dated: March 6, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
to Continue Preliminary Hearing