1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Hannah_Labaree@fd.org
5

6  Attorney for Defendant
   KENYATA BOLDRIDGE
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 2:20-mj-48 AC
12 |         Plaintiff,               | STIPULATION AND ORDER TO CONTINUE
                                      | PRELIMINARY HEARING
13 |     v.                           |
14 | KENYATA BOLDRIDGE,               | DATE:  March 13, 2020
                                      | TIME:  2:00 P.M.
15 |         Defendant.               | JUDGE: Hon. DEBORAH BARNES

16
           On March 2, 2020, Kenyata Boldridge appeared in magistrate court in this district for his
17
   initial appearance on an alleged violation of his term of supervised release out of the Western
18
   District of Missouri, Kansas City division, pursuant to Federal Rule of Criminal Procedure 32.1.
19
   CR 1. Mr. Boldridge waived an identity hearing and requested that this matter be set for
20
   preliminary hearing pursuant to Rule 32.1(b)(1), on Monday, March 9. The government moved
21
   for detention. The defendant submitted and was ordered detained. CR 3. By previous
22
   stipulation, the preliminary hearing was re-set for Friday, March 13. CR 5.
23
           The parties request that the preliminary hearing be continued until March 20, 2020, at
24
   2:00 P.M. in front of this Court. To the degree that this additional time requires the defendant to
25
   waive his right under Rule 32.1(b)(1) to a "prompt" preliminary hearing, through counsel he so
26
   waives that right in this matter to allow for additional time for counsel to investigate the
27
   possibility of a Rule 20 transfer of this case into this jurisdiction. Defense counsel continues to
28

   Stipulation and [Proposed] Order            -1-
   to Continue Preliminary Hearing

work with Mr. Boldridge's counsel in the Western District of Missouri to evaluate the possibility of a transfer of jurisdiction of supervised release to the Eastern District of California. Since the date of the last stipulation, undersigned counsel has worked diligently to communicate with the relevant parties in the Western District of Missouri, conduct investigation into the basis for the possible transfer, and consulted numerous times with her client about the case. Additional time is needed to complete that investigation, to allow for respective counsel to meet and confer, and to possibly file a motion requesting such transfer.

DATED: March 12, 2020      Respectfully submitted,

               HEATHER E. WILLIAMS
               Federal Defender

               */s/ Hannah R. Labaree*
               HANNAH R. LABAREE
               Assistant Federal Defender
               Attorney for KENYATA BOLDRIDGE

DATED: March 12, 2020      McGREGOR W. SCOTT
               United States Attorney

               By: */s/ Aaron D. Pennekamp*
               AARON D. PENNEKAMP
               Assistant United States Attorney
               Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The Court specifically ORDERS that the preliminary hearing, currently set for March 13, 2020 at 2:00 P.M., be CONTINUED to March 20, 2020 at 2:00 P.M., in front of this Honorable Court, at which hearing the parties and Court will discuss the status of a possible transfer of jurisdiction to this district.

Dated: March 12, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE