HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
KENYATA BOLDRIDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-48 AC |
| Plaintiff, | STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SET STATUS CONFERENCE |
| v. | |
| KENYATA BOLDRIDGE, | DATE:      March 20, 2020<br>TIME:      2:00 P.M. |
| Defendant. | JUDGE:   Hon. DEBORAH BARNES |

**STIPULATION**

Defendant, Kenyatta Boldridge, by and through his counsel of record, and the United States, by and through its counsel of record, hereby stipulate and agree to vacate the preliminary hearing currently scheduled to take place before this Court on Friday, March 20, 2020, and to, in its place, set a status conference in this matter for Friday, April 10, 2020 at 2:00 P.M.  As more fully described below, scheduling such a status conference in April would permit the concurrent litigation in the Western District of Missouri, Kansas City Division concerning the possible transfer of Mr. Boldridge's supervision to this District to continue to develop.

///

///

///

Stipulation and Order to Vacate Preliminary
Hearing & Set Status Conference

-1-

## I. Procedural History in the Eastern District of California, Sacramento Division

On March 2, 2020, Kenyata Boldridge appeared in magistrate court in this District for his initial appearance on an alleged violation of his term of supervised release out of the Western District of Missouri, Kansas City Division, pursuant to Federal Rule of Criminal Procedure 32.1. CR 1.  Mr. Boldridge waived an identity hearing and requested that this matter be set for preliminary hearing pursuant to Rule 32.1(b)(1), on Monday, March 9.  The government moved for detention.  The defendant submitted and was ordered detained.  CR 3.  By previous stipulations, the preliminary hearing was re-set for Friday, March 13 (CR 5), and then for Friday, March 20 (CR 7).

## II. Procedural History in the Western District of Missouri, Kansas City Division

On March 16, 2020, under seal, Mr. Boldridge, through his Missouri counsel, Assistant Federal Defender Anita Burns of the Western District of Missouri, Kansas City Division, filed a a request to seal a motion to transfer supervision to the Eastern District of California pursuant to 18 U.S.C. § 3605. *See* 4:15-cr-20 GAF at CR 141.  On March 17, a hearing on that request and the to-be-filed motion was held in front of the Honorable District Judge Gary A. Fenner.  *See* 4:15-cr-20 GAF at CR 142, 143.  At that hearing, the parties in the Western District of Missouri were directed to meet and confer about the terms of a possible transfer of supervision.[1]  On March 18, 2020, the motion to transfer and supporting documentation were filed under seal. Defense counsel in Missouri is continuing to conduct investigation that will inform those discussions.  Undersigned counsel in this district are in close communication with the parties in the transferor district to keep tabs on the status of the case.  Judge Fenner has not yet issued a ruling on the motion to transfer.

## III. Stipulated Request

Through counsel, Mr. Boldridge waives his right to a prompt preliminary hearing under

---

[1] The court minutes for that hearing do not state the precise content of the hearing.  The parties in the Western District of Missouri informed undersigned counsel for both the defense and the government that Judge Fenner directed the parties to come to an agreement about a possible transfer, and that he will issue a ruling on the motion after that occurs.

1    Rule 32.1(b)(1).  The parties further request that the preliminary hearing currently set for March

2    20, 2020 be vacated, and that a status conference be set on April 10, 2020, at 2:00 P.M.  The

3    parties request a status hearing before this Court on April 10:  to allow time for the parties in the

4    Western District of Missouri to continue to negotiate on the terms of the proposed transfer of

5    supervision, per the directive of the District Court in Kansas City; to allow the District Court in

6    Kansas City to issue a ruling on the motion to transfer; and to allow the parties in this District to

7    meet and confer with each other and their respective counsel in the transferor District regarding

8    the pending motion in that District.

9    DATED: March 19, 2020                    Respectfully submitted,

10

11                                            HEATHER E. WILLIAMS
                                             Federal Defender

12                                           */s/ Hannah R. Labaree*
                                             HANNAH R. LABAREE
13                                           Assistant Federal Defender
                                             Attorney for KENYATA BOLDRIDGE
14

15   DATED: March 19, 2020                    McGREGOR W. SCOTT
                                             United States Attorney
16
                                             By:  */s/ Aaron D. Pennekamp*
17                                           AARON D. PENNEKAMP
                                             Assistant United States Attorney
18                                           Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

1

ORDER

2    The Court, having received, read, and considered the parties' stipulation, and good cause

3    appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in

4    its entirety as its Order.  The Court specifically ORDERS that the preliminary hearing, currently

5    set for March 20, 2020 at 2:00 P.M., be VACATED, and that a status conference on the pending

6    motion to transfer supervision in the Western District of Missouri, 4:15-cr-20 GAF, be set for

7    April 10, 2020 at 2:00 P.M.

8    Dated:  March 19, 2020

9

10
                                                DEBORAH BARNES
11                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Vacate Preliminary
Hearing & Set Status Conference